Dear Honorable Judge Sargus,

I Lady Beasley, appeared, in front of you November 30th, 2023 for a change of plea. As showing on that day, I take full accountability & responsibility for my actions. It may seem that I don't learn my lesson, by the looks of my previous cases. But honestly, I never had intentions to resort back into this way of life, that would put me in my current situation. I had a life changing experience, that made me vulnerable. I was shot 6 times, 2 days before starting CDL school. The gun shots I suffered, put a effect on my work ability. I'm not using this as in excuse or to minimize my situation. Because everybody goes through there own trials & tribulations. Everybody is in control of their own destiny. I'm more stronger & smarter to have let my lower self take control.

I have a sentencing guideline range from 60-78 months. I asking you Honorable Judge Sargus to give consideration into giving me 60 months. I know 60 months is more than enough time to prepare myself for the world that I keep letting have temporary defeat over me. I don't have a G.E.D. or highschool diploma, so I will accomplish getting my G.E.D. I have intentions to still obtain my CDL's, in would be very happy if I could start the process while incarcerated. I have a 17 year old brother, that is a positive impact in my life, he currently does hvacc, which he went to the career center for heating & cooling. I have heard that B.O.P. gives opportunity for certification in many different trades. So I would love to be able to get certified in hvacc while serving a 60 month sentence. I read alot of self-help books. I like the way they keep me open-minded. I plan to keep reading & self educating myself.

I also wanted to bring to your attention, I have serious ongoing medical problems, that I been dealing with since Dec. 1st, 2022. I already done 2 surgeries on my righthand, in is need of a 3rd surgery. And which after I will need physical therapy. I just want to be able to get the full resources & strengths I need to bring my health to great standings. Especially with me being young. I know you have the control over it im able to get what i'm in need of while incarcerated. I have a great support system from a small family. Having people who care for me, after I keep showing I don't have much care for myself, lets me know I have a impact on my family, and my absense is missed. Honorable Judge Sargus, my history with previous cases, shows I don't have dealing with violence

I'm very smart, I just have the tendencies to use my sense in the wrong way. I know you get a brief summary of who people come together in, say I am. So I just took the time to write my part in there. I appreciate Honorable Judge Sargus, for taking the time to read this letter please & thank you.